# UNITED STATES BANKRUPTCY COURT
EASTERN **DISTRICT OF** KENTUCKY

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EQUINE OXYGEN THERAPY | § | Case No. 14-51613 |
| ACQUISITION, LLC | § | |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  J. JAMES ROGAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 21,243.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,012,667.96 | Claims Discharged<br>Without Payment: 39581160.32 |
| Total Expenses of Administration: 81,286.92 | |

  3) Total gross receipts of $ 1,093,954.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,093,954.88 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 81,286.92 | 81,286.92 | 81,286.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 111,766,909.24 | 40,593,828.28 | 1,012,667.96 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 111,848,196.16 | $ 40,675,115.20 | $ 1,093,954.88 |

    4)  This case was originally filed under chapter 7 on  06/30/2014 .  The case was pending for 34 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/07/2017           By:/s/J. JAMES ROGAN, TRUSTEE
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RENT - EQUINE SPORTS MED | 1122-000 | 12,000.00 |
| RENT - HAGYARD DAVIDSON MCGEE | 1122-000 | 7,700.00 |
| POST PETITION RENT - HAYGARD DAVIDSON MCGEE | 1122-000 | 11,100.00 |
| BANK ACCOUNT | 1129-000 | 13.01 |
| BANK ACCOUNT | 1129-000 | 990.69 |
| 12 WATER TANKS | 1129-000 | 250.00 |
| 20 EXHAUST PIPE SPOOLS | 1129-000 | 100.00 |
| 1 AUTOCAD PLOTTER | 1129-000 | 500.00 |
| DAMAGED HYPERBARIC CHAMBER | 1129-000 | 100.00 |
| RUPTURED DISCS & ACCESSORIES | 1129-000 | 300.00 |
| 1 HYPERBARIC CHAMBER - KENTUCKY | 1129-000 | 21,200.00 |
| 1 HYPERBARIC CHAMBER - TEXAS | 1129-000 | 35,500.00 |
| 3 HYPERBARIC CHAMBERS - UNASSEMBLED. | 1129-000 | 1,500.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRAILERS | 1229-000 | 1,250.00 |
| BAD FAITH CLAIM | 1249-000 | 246,919.05 |
| INSURANCE PROCEEDS | 1249-000 | 753,080.95 |
| COURT COSTS | 1290-000 | 350.00 |
| REFUNDS OF TAX PAYMENTS | 1290-000 | 1,101.18 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,093,954.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| J. JAMES ROGAN, TRUSTEE | 2100-000 | NA | 56,035.61 | 56,035.61 | 56,035.61 |
| J. JAMES ROGAN, TRUSTEE | 2200-000 | NA | 298.90 | 298.90 | 298.90 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 223.32 | 223.32 | 223.32 |
| BANK OF KANSAS CITY | 2600-000 | NA | 8,948.95 | 8,948.95 | 8,948.95 |
| U.S. BANKRUPTCY COURT CLERK | 2700-000 | NA | 878.00 | 878.00 | 878.00 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 352.00 | 352.00 | 352.00 |
| KENTUCKY REVENUE CABINET | 2820-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| OFFICE OF THE FAYETTE COUNTY SHERIF | 2820-000 | NA | 793.96 | 793.96 | 793.96 |
| OFFICE OF THE FAYETTE COUNTY SHERIF | 2820-000 | NA | 1,101.18 | 1,101.18 | 1,101.18 |
| KENTUCKY STATE TREASURER | 2990-000 | NA | 30.00 | 30.00 | 30.00 |
| KESMARC, LLC | 2990-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| MATTHEW R. WALTER | 3210-000 | NA | 4,700.00 | 4,700.00 | 4,700.00 |
| HALFHILL AUCTION GROUP LLC | 3610-000 | NA | 5,325.00 | 5,325.00 | 5,325.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 81,286.92 | $ 81,286.92 | $ 81,286.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0005 | CASNER TRADING, LP | 7100-000 | NA | 3,152,992.00 | 3,152,992.00 | 37,524.24 |
| 000002 | KIERAN MARSHALL PERSONAL REP | 7100-000 | NA | 27,002,750.12 | 6,992,750.11 | 376,540.47 |
| 000002A | KIERAN MARSHALL PERSONAL REP | 7100-000 | NA | 27,002,750.12 | 6,616,209.64 | 78,740.53 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | LINLEY INVESTMENTS | 7100-000 | NA | 300,000.00 | 300,000.00 | 3,570.35 |
| 000003 | MONELEY SORCHA | 7100-000 | NA | 26,989,159.00 | 11,789,159.00 | 376,540.47 |
| 00003A | MONELEY SORCHA | 7100-000 | NA | 26,989,159.00 | 11,412,618.53 | 135,823.34 |
| 0004 | SBC INVESTMENTS, LTD | 7100-000 | NA | 330,099.00 | 330,099.00 | 3,928.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 111,766,909.24 | $ 40,593,828.28 | $ 1,012,667.96 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 14-51613 | GRS | Judge: GREGORY R. SCHAAF | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | EQUINE OXYGEN THERAPY AQUISITION, L | | | Date Filed (f) or Converted (c): | 06/30/14 (f) |
| | | | | 341(a) Meeting Date: | 08/04/14 |
| For Period Ending: | 11/15/16 | | | Claims Bar Date: | 12/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. SALE PROCEEDS FROM 14-51611 ORDER DATED 11/10/16 DOC. #143 | 313,828.56 | 315,908.52 | | 315,908.52 | FA |
| 4. CHECKING ACCOUNT PROCEEEDS FROM 14-51611 (u) | 13.01 | 13.01 | | 13.01 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $313,841.57 | $315,921.53 | | $315,921.53 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/16     Current Projected Date of Final Report (TFR): 10/31/16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| Case No: | 14-51611   GRS   Judge: GREGORY R. SCHAAF | Trustee Name: J. JAMES ROGAN, TRUSTEE |
| Case Name: | EQUINE OXYGEN THERAPY RESOURCES, IN | Date Filed (f) or Converted (c): 06/30/14 (f) |
| | | 341(a) Meeting Date: 08/04/14 |
| For Period Ending: 11/15/16 | | Claims Bar Date: 12/23/14 |

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT | 13.01 | 13.01 | | 13.01 | FA |
| 2. INTEREST IN PARTNERSHIP | 1.00 | 1.00 | OA | 0.00 | FA |
| 3. BANK ACCOUNT | 1,728.56 | 1,728.56 | | 990.69 | FA |
| 4. LAPTOP | 100.00 | 100.00 | OA | 0.00 | FA |
| 5. INTEREST IN PARTNERSHIPS | 1.00 | 1.00 | OA | 0.00 | FA |
| 6. ADVANCE TO EOTR, INC FOR TAXES | 1,140.00 | 1,140.00 | OA | 0.00 | FA |
| 7. LOAN TO BAIN, LP | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 8. RENT - EQUINE SPORTS MED | 12,000.00 | 12,000.00 | | 12,000.00 | FA |
| 9. RENT - HAGYARD DAVIDSON MCGEE | 7,700.00 | 7,700.00 | | 7,700.00 | FA |
| 10. EXPIRED PATENT, TRADMARKS, LOGOS, IP, WEBSITE | 1.00 | 1.00 | OA | 0.00 | FA |
| 11. 12 WATER TANKS | 21,560.00 | 21,560.00 | | 250.00 | FA |
| 12. 20 EXHAUST PIPE SPOOLS | 100.00 | 100.00 | | 100.00 | FA |
| 13. 1 AUTOCAD PLOTTER | 500.00 | 500.00 | | 500.00 | FA |
| 14. DAMAGED HYPERBARIC CHAMBER | 1,000.00 | 1,000.00 | | 100.00 | FA |
| 15. RUPTURED DISCS & ACCESSORIES | 8,000.00 | 8,000.00 | | 300.00 | FA |
| 16. 1 HYPERBARIC CHAMBER - KENTUCKY | 120,000.00 | 120,000.00 | | 21,200.00 | FA |
| 17. 1 HYPERBARIC CHAMBER - TEXAS | 120,000.00 | 120,000.00 | | 35,500.00 | FA |
| 18. 3 HYPERBARIC CHAMBERS - UNASSEMBLED. | 1.00 | 1.00 | | 1,500.00 | FA |
| 19. POST PETITION RENT - HAYGARD DAVIDSON MCGEE | 11,100.00 | 11,100.00 | | 11,100.00 | FA |
| 20. COURT COSTS (u)   SBC INVESTMENTS LTD  14-05045 | 350.00 | 350.00 | | 350.00 | FA |
| 21. BAD FAITH CLAIM (u) | 246,919.05 | 246,919.05 | | 246,919.05 | FA |
| 22. INSURANCE PROCEEDS (u) | 753,080.95 | 753,080.95 | | 753,080.95 | FA |
| 23. REFUNDS OF TAX PAYMENTS (u) | 0.00 | 1,101.18 | | 1,101.18 | FA |
| 24. TRAILERS (u) | 0.00 | 1,250.00 | | 1,250.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,325,295.57   $1,327,646.75   $1,093,954.88   $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

LFORM1                                                                                            Ver: 19.06b

**FORM 1**
Case 14-51613-grs  Doc 29  Filed 04/12/17  Entered 04/12/17 18:00:29  Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
Document  Page 10 of 16
**ASSET CASES**
Page: 2

| | | | |
|---|---|---|---|
| Case No: | 14-51611  GRS  Judge: GREGORY R. SCHAAF | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
| Case Name: | EQUINE OXYGEN THERAPY RESOURCES, IN | Date Filed (f) or Converted (c): | 06/30/14 (f) |
| | | 341(a) Meeting Date: | 08/04/14 |
| | | Claims Bar Date: | 12/23/14 |

Exhibit 8

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/31/16     Current Projected Date of Final Report (TFR): 10/31/16

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-51613 -GRS | | Trustee Name: | J. JAMES ROGAN, TRUSTEE | |
|---|---|---|---|---|---|
| Case Name: | EQUINE OXYGEN THERAPY AQUISITION, L | | Bank Name: | BOK FINANCIAL | Exhibit 9 |
| | | | Account Number / CD #: | *******1396 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******5688 | | | | |
| For Period Ending: | 04/11/17 | | Blanket Bond (per case limit): | $    3,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/14/16 | 3 | EQUINE OXYGEN THERAPY RESOURCES, INC. | TRANSFER OF FUNDS COLLECTED | 9999-000 | 315,908.52 | | 315,908.52 |
| 11/14/16 | 4 | EQUINE OXYGEN TERAPY RESOURCES, INC. | TRANSFER FROM 14-51611 | 9999-000 | 13.01 | | 315,921.53 |
| 12/30/16 | 010001 | J. JAMES ROGAN, TRUSTEE<br>345 SOUTH FOURTH STREET<br>DANVILLE, KY  40422 | Chapter 7 Compensation/Fees | 2100-000 | | 56,035.61 | 259,885.92 |
| 12/30/16 | 010002 | J. JAMES ROGAN, TRUSTEE<br>345 SOUTH FOURTH STREET<br>DANVILLE, KY  40422 | Chapter 7 Expenses | 2200-000 | | 298.90 | 259,587.02 |
| 12/30/16 | 010003 | LINLEY INVESTMENTS<br>C/O ADAM R. KEGLEY, ESQ.<br>FROST BROWN TODD LLC<br>250 WEST MAIN STREET, SUITE 2800<br>LEXINGTON, KENTUCKY 40507 | Claim 000001, Payment 1.19012%<br>DISTRIBUTION | 7100-000 | | 3,570.35 | 256,016.67 |
| 12/30/16 | 010004 | SBC INVESTMENTS, LTD<br>5500 PRESTON RD.<br>SUITE 250<br>DALLAS TX 75205 | Claim 000004, Payment 1.19012%<br>DISTRIBUTION | 7100-000 | | 3,928.56 | 252,088.11 |
| 12/30/16 | 010005 | CASNER TRADING, LP<br>WILLIAM CASNER<br>7141 CROSS TIMBERS<br>FLOWER MOUND TX 75022 | Claim 000005, Payment 1.19012%<br>DISTRIBUTION | 7100-000 | | 37,524.24 | 214,563.87 |
| 12/30/16 | 010006 | KIERAN MARSHALL AS PERSONAL REP.<br>c/o  ROBERT F. SPOHRER, ESQUIRE<br>701 W. ADAMS ST., SUITE 2<br>JACKSONVILLE FL 32204 | Claim 2A, Payment 1.19012%<br>DISTRIBUTION<br>12-2672 CAG<br>MARION COUNTY CIRCUIT | 7100-000 | | 78,740.53 | 135,823.34 |
| 12/30/16 | 010007 | MONELEY SORCHA<br>C/O JACK P. HILL, ESQ.<br>SEARCH DENNEY SCAROLA BARNHART &<br>SHIPLEY<br>2139 PALM BEACH LAKES BLVD.<br>WEST PALM BEACH FL 33409 | Claim 3A, Payment 1.19012%<br>DISTRIBUTION | 7100-000 | | 135,823.34 | 0.00 |

Page Subtotals    315,921.53    315,921.53

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-51613 -GRS | Trustee Name: J. JAMES ROGAN, TRUSTEE |
| Case Name: EQUINE OXYGEN THERAPY AQUISITION, L | Bank Name: BOK FINANCIAL |
| | Account Number / CD #: *******1396 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******5688 | |
| For Period Ending: 04/11/17 | Blanket Bond (per case limit): $ 3,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 315,921.53 | 315,921.53 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 315,921.53 | 315,921.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 315,921.53 | 315,921.53 | |

|  |  |  |  |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking Account (Non-Interest Earn - ********1396 | 315,921.53 | 315,921.53 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 315,921.53 | 315,921.53 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-51611 -GRS | | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | EQUINE OXYGEN THERAPY RESOURCES, IN | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******1187  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6978 | | | |
| For Period Ending: | 04/11/17 | | Blanket Bond (per case limit): | $   3,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/15 | 9, 19 | HAGYARD DAVIDSON MCGEE ASSOC., PLLC | RENTS | 1122-000 | 18,800.00 | | 18,800.00 |
| 02/19/15 | 20 | SBC INVESTMENTS LTD | COURT COSTS | 1290-000 | 350.00 | | 19,150.00 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 15.33 | 19,134.67 |
| 03/13/15 | 010001 | U.S. BANKRUPTCY COURT CLERK | ADVERSARY PROCEEDING | 2700-000 | | 350.00 | 18,784.67 |
| | | | ADV NO. 14-05045 V. SBC INVESTMENTS, LTD. | | | | |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 28.22 | 18,756.45 |
| 04/22/15 | 22 | EVANSTON INSURANCE COMPANY | SETTTLEMENT | 1249-000 | 753,080.95 | | 771,837.40 |
| 04/22/15 | 21 | EVANSTON INSURANCE COMPANY | SETTLEMENT OF BAD FAITH CLAIM | 1249-000 | 246,919.05 | | 1,018,756.45 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 211.56 | 1,018,544.89 |
| 05/12/15 | 010002 | U.S. BANKRUPTCY COURT CLERK | COURT FILING FEES | 2700-000 | | 352.00 | 1,018,192.89 |
| | | | ORDER DATED 5/12/15 | | | | |
| | | | DOC. # 64 AND #65 | | | | |
| 05/18/15 | 010003 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM | 2300-000 | | 21.64 | 1,018,171.25 |
| | | | BOND NO. 016018053 | | | | |
| 05/21/15 | 16 | HAGUARD-DAVIDSON-MCGEE ASSOCIATES, PLLC | SALE OF PROPERTY | 1129-000 | 21,200.00 | | 1,039,371.25 |
| 05/26/15 | 010004 | SORCHA MONELEY | SETTLEMENT  OF CLAIM | 7100-000 | | 376,540.47 | 662,830.78 |
| | | | ORDER DATED 5/22/15 | | | | |
| | | | DOCUMENT NO. 87 | | | | |
| 05/26/15 | 010005 | KIERAN MARSHALL | SETTLEMENT OF CLAIM | 7100-000 | | 376,540.47 | 286,290.31 |
| | | | ORDER DATED 5/22/15 | | | | |
| | | | DOCUMENT NO. 87 | | | | |
| 05/27/15 | 8 | EQUINE SPORTS MEDICINE AND SURGERY WEATHERFORD DIVISION | RENT OF HYPERBARIC CHAMBER 3 MOS | 1122-000 | 12,000.00 | | 298,290.31 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1,518.54 | 296,771.77 |
| 06/09/15 | 010006 | KENTUCKY REVENUE CABINET | KENTUCKY SALES TAX | 2820-000 | | 1,200.00 | 295,571.77 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 480.59 | 295,091.18 |
| 07/06/15 | 010007 | MATTHEW R. WALTER, ATTORNEY AT LAW | ATTORNEY FOR TRUSTEE FEES/EXPENSES | 3210-000 | | 4,700.00 | 290,391.18 |
| | | | ORDER DATED 7/6/15 | | | | |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 433.41 | 289,957.77 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 430.96 | 289,526.81 |
| 09/23/15 | * NOTE * | WH TRAINING, LLC | SALE OF PROPERTY | 1129-000 | 1,000.00 | | 290,526.81 |

Page Subtotals    1,053,350.00    762,823.19

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-51611 -GRS | | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | EQUINE OXYGEN THERAPY RESOURCES, IN | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******1187 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6978 | | | |
| For Period Ending: | 04/11/17 | | Blanket Bond (per case limit): | $ 3,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | * NOTE *  Properties 12, 13, 14, 15 | | | | |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 416.70 | 290,110.11 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 431.19 | 289,678.92 |
| 11/12/15 | 010008 | UNITED STATES BANKRUPTCY COURT | COURT FILING FEES | 2700-000 | | 352.00 | 289,326.92 |
| | | | ORDER DATED 11/6/15  DOC. #103 | | | | |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 416.45 | 288,910.47 |
| 12/09/15 | 010009 | OFFICE OF THE FAYETTE COUNTY SHERIFF | 2014 PROPERTY TAX BILL | 2820-000 | | 1,101.18 | 287,809.29 |
| | | | BILL NO. 113020, ACCOUNT NO. 60423660 | | | | |
| 12/16/15 | 010010 | OFFICE OF THE FAYETTE COUNTY SHERIFF | 2015 PERSON PROPERTY TAXES | 2820-000 | | 793.96 | 287,015.33 |
| | | | BILL NO. 113313, ACCOUNT NO. 60423660 | | | | |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 428.19 | 286,587.14 |
| 01/08/16 | 17 | WH TRAINING, LLC | SALE OF HYPERBARIC CHAMBER | 1129-000 | 35,500.00 | | 322,087.14 |
| 01/20/16 | 23 | OFFICE OF FAYETTE COUNTY SHERIFF | REFUND OF TAX PAYMENTS | 1290-000 | 307.22 | | 322,394.36 |
| 01/20/16 | 23 | OFFICE OF FAYETTE COUNTY SHERIFF | REFUND OF TAX PAYMENT | 1290-000 | 793.96 | | 323,188.32 |
| * 01/28/16 | 010011 | test check | | | | 1.00 | 323,187.32 |
| * 01/28/16 | 010011 | test check | VOID | | | -1.00 | 323,188.32 |
| | | | had to print dummy check to test printer set up | | | | |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 458.84 | 322,729.48 |
| 02/08/16 | 010012 | HALFHILL AUCTION GROUP LLC | AUCTIONEER COMMISSION AND EXPENSES | 3610-000 | | 5,325.00 | 317,404.48 |
| | | | ORDER DATED 2/8/16 | | | | |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 442.66 | 316,961.82 |
| 03/14/16 | 010013 | KENTUCKY STATE TREASURER | EOTA    ID 0778208 | 2990-000 | | 15.00 | 316,946.82 |
| | | | 2016 ANNUAL REPORT | | | | |
| 03/14/16 | 010014 | KENTUCKY STATE TREASURER | EOTR   ID 0778212 | 2990-000 | | 15.00 | 316,931.82 |
| | | | 2016 ANNUAL REPORT | | | | |
| 03/22/16 | 1 | EQUINE OXYGEN THERAPY RESOURCES, INC. | LIQUIDATION OF BANK ACCOUNT | 1129-000 | 13.01 | | 316,944.83 |
| 03/22/16 | 3 | EOTA TRAINING LLC | LIQUIDATION OF BANK ACCOUNT | 1129-000 | 0.73 | | 316,945.56 |
| 03/28/16 | 3 | EQUINE OXYGEN THERAPY ACQUISITION, LP | LIQUIDATION OF BANK ACCOUNT | 1129-000 | 989.96 | | 317,935.52 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 469.85 | 317,465.67 |
| 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 455.38 | 317,010.29 |
| 05/21/16 | 010015 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM | 2300-000 | | 201.68 | 316,808.61 |
| | | | BOND NO. 016018053 | | | | |

Page Subtotals        37,604.88        11,323.08

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 19.07a

LFORM24

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-51611 -GRS | | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | EQUINE OXYGEN THERAPY RESOURCES, IN | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******1187 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6978 | | | |
| For Period Ending: | 04/11/17 | | Blanket Bond (per case limit): | $ 3,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 469.82 | 316,338.79 |
| 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 453.76 | 315,885.03 |
| 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 468.21 | 315,416.82 |
| 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 467.52 | 314,949.30 |
| 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 451.77 | 314,497.53 |
| 10/05/16 | 010016 | U.S. BANKRUPTCY COURT CLERK | FILING FEE<br>ORDER DATED 10/3/16<br>DOCS. # 121 AND #130 | 2700-000 | | 176.00 | 314,321.53 |
| 10/25/16 | 010017 | KESMARC, LLC | STORAGE OF EQUIPMENT<br>ORDER DATED 10/25/16 | 2990-000 | | 1,400.00 | 312,921.53 |
| 10/26/16 | | JOE LEACH | TANKS, TRAILERS, CHAMBERS | | 3,000.00 | | 315,921.53 |
| | 11 | | Memo Amount:        250.00 | 1129-000 | | | |
| | 18 | | Memo Amount:      1,500.00 | 1129-000 | | | |
| | 24 | | Memo Amount:      1,250.00 | 1229-000 | | | |
| * 11/14/16 | 010018 | EQUINE OXYGEN THERAPY ACQUISITION, L.P. | TRANSFER OF FUNDS<br>ORDER DATED 11/10/16 DOC. #143 | | | 315,921.53 | 0.00 |
| * 11/14/16 | 010018 | EQUINE OXYGEN THERAPY ACQUISITION, L.P. | TRANSFER OF FUNDS<br>CREATED TWO SEPARATE CHECKS WITH TWO DIFFERENT UTC CODES. | | | -315,921.53 | 315,921.53 |
| 11/14/16 | 010019 | EQUINE OXYGEN THERAPY ACQUITION, L.P. | TRANSFER OF FUNDS<br>ORDER DATED 11/10/16  DOC. #143 | 9999-000 | | 315,908.52 | 13.01 |
| 11/14/16 | 010020 | EQUINE OXYGEN THERAPY ACQUISITION, L.P. | TRANSFER OF FUNDS<br>ORDER DATED 11/10/16  DOC. #143<br>CHECKING ACCOUNT PROCEEDS | 9999-000 | | 13.01 | 0.00 |
| | | | | Page Subtotals | 3,000.00 | 319,808.61 | |

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-51611 -GRS | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
|---|---|---|---|
| Case Name: | EQUINE OXYGEN THERAPY RESOURCES, IN | Bank Name: | BOK FINANCIAL |
|  |  | Account Number / CD #: | *******1187  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6978 |  |  |
| For Period Ending: | 04/11/17 | Blanket Bond (per case limit): | $   3,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 3,000.00 | COLUMN TOTALS |  | 1,093,954.88 | 1,093,954.88 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 1,093,954.88 | 1,093,954.88 |  |
|  | Memo Allocation Net: | 3,000.00 | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 1,093,954.88 | 1,093,954.88 |  |
|  |  |  |  |  |  | NET | ACCOUNT |
|  | Total Allocation Receipts: | 3,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********1187 | | 1,093,954.88 | 1,093,954.88 | 0.00 |
|  |  |  |  |  | ------------------------ | ------------------------ | ------------------------ |
|  | Total Memo Allocation Net: | 3,000.00 |  |  | 1,093,954.88 | 1,093,954.88 | 0.00 |
|  |  |  |  |  | ============= | ============= | ============= |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |